**FIRST DIVISION**
**BARNES, P. J.,**
**GOBEIL and PIPKIN, JJ.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**September 25, 2024**

**NOT TO BE OFFICIALLY REPORTED**

# In the Court of Appeals of Georgia

A24A0856. PLATINUM POINTE CONDOMINIUM ASSOCIATION, INC. v. STATE OF GEORGIA

PIPKIN, Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) No reversible error of law appears, and an opinion would have no precedential value;

(2) The judgment of the court below adequately explains the decision; and

(3) The issues are controlled adversely to the appellant for the reasons and authority given in the appellee's brief.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Barnes, P. J., and Gobeil, J., concur.*